# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**986**

**CA 14-01606**

PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF JP MORGAN CHASE BANK, N.A. (SUCCESSOR BY MERGER TO THE CHASE MANHATTAN BANK) (SUCCESSOR BY MERGER TO CHASE LINCOLN FIRST BANK, N.A.) (SUCCESSOR IN INTEREST TO LINCOLN FIRST BANK, N.A.) (SUCCESSOR BY CONSOLIDATION TO LINCOLN FIRST BANK OF ROCHESTER) (FORMERLY KNOWN AS LINCOLN ROCHESTER TRUST COMPANY), AS TRUSTEE UNDER THE TRUST AGREEMENT DATED MAY 23, 1932 BY ALVAH G. STRONG, DECEASED AND PURSUANT TO THE EXERCISE OF THE POWER OF APPOINTMENT UNDER PARAGRAPH NINTH OF THE WILL OF MARJORIE H. STRONG, DECEASED, FOR THE BENEFIT OF MARJORIE STRONG WEHLE, DECEASED (WHO DIED JANUARY 8, 2004), PETITIONER-APPELLANT-RESPONDENT. (PROCEEDING NO. 1.)

ORDER

--------------------------------------------------------

IN THE MATTER OF JP MORGAN CHASE BANK, N.A. (SUCCESSOR BY MERGER TO THE CHASE MANHATTAN BANK) (SUCCESSOR BY MERGER TO CHASE LINCOLN FIRST BANK, N.A.) (SUCCESSOR IN INTEREST TO LINCOLN FIRST BANK, N.A.) (SUCCESSOR BY CONSOLIDATION TO LINCOLN FIRST BANK OF ROCHESTER) (FORMERLY KNOWN AS LINCOLN ROCHESTER TRUST COMPANY), AS TRUSTEE UNDER PARAGRAPH 22(b)(4) OF THE WILL OF ALVAH G. STRONG, DECEASED, FOR THE BENEFIT OF MARJORIE STRONG WEHLE, DECEASED (WHO DIED JANUARY 8, 2004), PETITIONER-APPELLANT-RESPONDENT. (PROCEEDING NO. 2.)

--------------------------------------------------------

IN THE MATTER OF JP MORGAN CHASE BANK, N.A. (SUCCESSOR BY MERGER TO THE CHASE MANHATTAN BANK) (SUCCESSOR BY MERGER TO CHASE LINCOLN FIRST BANK, N.A.) (SUCCESSOR IN INTEREST TO LINCOLN FIRST BANK, N.A.) (SUCCESSOR BY CONSOLIDATION TO LINCOLN FIRST BANK OF ROCHESTER) (FORMERLY KNOWN AS LINCOLN ROCHESTER TRUST COMPANY), AS TRUSTEE UNDER PARAGRAPH FOURTH OF THE WILL OF ALVAH G. STRONG, DECEASED, FOR THE BENEFIT OF MARJORIE STRONG WEHLE, DECEASED (WHO DIED JANUARY 8, 2004), PETITIONER-APPELLANT-RESPONDENT. (PROCEEDING NO. 3.)

--------------------------------------------------------

IN THE MATTER OF JP MORGAN CHASE BANK, N.A. (SUCCESSOR BY MERGER TO THE CHASE MANHATTAN

BANK) (SUCCESSOR BY MERGER TO CHASE LINCOLN
FIRST BANK, N.A.) (SUCCESSOR IN INTEREST TO
LINCOLN FIRST BANK, N.A.) (SUCCESSOR BY
CONSOLIDATION TO LINCOLN FIRST BANK OF ROCHESTER)
(FORMERLY KNOWN AS LINCOLN ROCHESTER TRUST
COMPANY), AS TRUSTEE UNDER PARAGRAPH TENTH OF
THE WILL OF MARJORIE H. STRONG, DECEASED, FOR
THE BENEFIT OF MARJORIE STRONG WEHLE, DECEASED
(WHO DIED JANUARY 8, 2004),
PETITIONER-APPELLANT-RESPONDENT.
(PROCEEDING NO. 4.)
-------------------------------------------------
CHARLES WEHLE AND HENRY WEHLE,
OBJECTANTS-RESPONDENTS-APPELLANTS.
(APPEAL NO. 3.)

---

HARRIS BEACH PLLC, PITTSFORD (A. VINCENT BUZARD OF COUNSEL), FOR
PETITIONER-APPELLANT-RESPONDENT.

HARRIS, WILTSHIRE & GRANNIS LLP, WASHINGTON, D.C. (MARK A. GRANNIS OF
COUNSEL), FOR OBJECTANTS-RESPONDENTS-APPELLANTS.

---

Appeal and cross appeal from an order of the Surrogate's Court,
Monroe County (Edmund A. Calvaruso, S.), entered April 21, 2014.  The
order denied the motion of petitioner to set aside an amended order
entered February 14, 2014.

It is hereby ORDERED that said appeal and cross appeal are
unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke &
Velzy*, 140 AD2d 988; *Chase Manhattan Bank, N.A. v Roberts & Roberts*,
63 AD2d 566, 567; *see also* CPLR 5501 [a] [1]).

Entered:  November 20, 2015                    Frances E. Cafarell
                                               Clerk of the Court